# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE;<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL INSURANCE COMPANY<br><br>Defendant. | CASE NO. 3:22-cv-01351-JO-SBC<br><br>**[PROPOSED] ORDER RE: JOINT MOTION REGARDING AUTHENTICITY AND BUSINESS RECORDS**<br><br>Complaint Filed: July 29, 2022<br>Trial Date:         Not Set |

The Court has read and considered the parties' Joint Motion Regarding Authenticity and Business Records.

For the reasons stated in the Joint Motion Regarding Authenticity and Business Records and for good cause shown, the Court hereby GRANTS the Joint Motion and orders as follows:

///
///
///
///

1

[PROPOSED] ORDER                                                    Case No. 3:22-cv-01351-JO-SBC

1. The documents constituting bates numbers FED000001-002256 and AFC00001-04261 shall be deemed genuine and authentic under Federal Rule of Evidence 901.

2. The documents constituting bates numbers FED000001-002256 and AFC00001-04261 also shall be deemed records made in the regular course of business consistent with all the requirements of Federal Rule of Evidence 803(6), and therefore are not excluded by the rule against hearsay.

3. This Order governs only (a) the genuineness and authenticity of the Parties' documents for purposes of authentication as a threshold requirement to admissibility pursuant to Federal Rule of Evidence 901; and (b) satisfaction of the business records exception to the rule against hearsay under Federal Rule of Evidence Rule 803(6). All other objections to admissibility, including but not limited to, relevance, prejudice, and privilege, are preserved.

DATED: 10/18, 2023

HON. JINSOOK OHTA
UNITED STATES DISTRICT JUDGE