UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:22-cv-01351-JO-AGS<br><br>**ORDER ON REQUESTS FOR JUDICIAL NOTICE AND PARTIAL ORDER ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

On August 21, 2024, the Court issued its partial ruling on the parties' cross-motions for summary judgment on the record. First, the Court GRANTS Plaintiff, American Family Connect Property and Casualty Insurance Company's ("Connect") Request for Judicial Notice. Dkt. 40. Connect requests that the Court take judicial notice of the Docket of the 4th Appellate District for the California Court of Appeals, Division 1, for Case No. D0735538 entitled *Deen v. Deen.* As Connect only requests notice of the existence of this docket, not the truth of its contents, the Court finds that judicial notice is appropriate under Federal Rule of Evidence 201. Fed. R. Evid. 201; *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) ("[A] court may take judicial notice of its own records in other cases,

as well as the records of an inferior court in other cases."). Second, for the reasons stated on the record, the Court GRANTS Defendant, Federal Insurance Company's ("Federal") Request for Judicial Notice. Dkt. 34-1.

With regard to the parties' cross-motions for summary judgment, as stated on the record, the Court holds that Federal was not relieved of its duty to defend the Deens against cross-claims raised in the state court case, *Deen v. Deen*, 37-2016-00022636-CU-OR-NC, on account of its Covered Persons and Dependents Exclusion. The Court also holds that the cross-complaint in the state court case, *Deen v. Fitzgerald Yap Kreditor LLP*, 37-2021-00015644-CU-FR-NC, did potentially raise a malicious prosecution against the Deens, but did not potentially raise a defamation claim. Given that Connect only moves for summary judgment on its third cause of action for declaratory relief on the ground that the cross-claims in *Deen v. Fitzgerald Yap Kreditor LLP* raise a defamation claim, the Court DENIES IN PART Connect's motion for summary judgment. Dkt. 35.

The Court takes under submission the issue of whether Federal had a duty to defend the Deens in light of of Federal's Intentional Acts Exclusion in both *Deen v. Deen* and *Deen v. Fitzgerald Yap Kreditor LLP*. The Court invites the parties to submit supplemental briefing on this issue on or by Wednesday, August 28, 2024 and responsive supplemental briefing on or by Wednesday, September 4, 2024. The Court will later issue a written order on this issue, which will determine whether to grant or deny Federal's motion for summary judgment and Connect's motion for partial summary judgment on its first cause of action for declaratory relief. Dkts. 34, 35.

**IT IS SO ORDERED**.

Dated: August 21, 2024

Honorable Jinsook Ohta
United States District Judge